**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

VS.                                  4:08CR00030-1 JTR

DONALD E. MOL

### ORDER

Pending before the Court is the Government's Motion requesting dismissal of its Petty Offense Information.[1]  (Docket entry #10.)  The Government indicates that Defendant has not been apprehended since a warrant for his arrest issued on January 31, 2008.  *Id.*  Accordingly, the Government requests dismissal of the Petty Offense Information and recall of the arrest warrant.

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and General Order 52 of the Eastern District of Arkansas, the Government's Motion will be granted.

IT IS THEREFORE ORDERED THAT:

1. The Government's Motion to Dismiss (docket entry #10) is GRANTED.

2. Defendant's January 31, 2008 Arrest Warrant is recalled.  The Clerk of the Court is directed to provide a copy of this Order to the United States Marshal.

Dated this 27th day of March, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] In the Petty Offense Information, the Government charges Defendant with possession and consumption of alcohol in the United States Corps of Engineers Greers Ferry Project, in violation of 36 C.F.R. § 327.12(e).  (Docket entry #1.)